IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** § § § § | |
| Plaintiff, § § | Case No: 1:21-cv-04303-PGG |
| vs. § § § | |
| **BIZODO, INC. d/b/a SEAMLESSDOCS,** § § § | |
| Defendant. § § | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant Bizodo, Inc. d/b/a SeamlessDocs ("Defendant" and/or "Bizodo") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until September 6, 2021. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: August 5, 2021.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　　　**JAY JOHNSON**
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON PLLC**
　　　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　　　jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on August 5, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/Jay Johnson*
　　　　　　　　　　　　　　　　　　　**JAY JOHNSON**